UNITED STATES OF AMERICA,
ex rel. GNGH2, Inc.,

       Plaintiffs,

  v.

CONTINENTAL AEROSPACE
TECHNOLOGIES, INC., *et al.*,

       Defendants.

FILED UNDER SEAL
Civil Action No. 22-cv-226

---

**Notice of Election to Intervene in Part for Purposes of Settlement
and to Decline in Part**

---

The United States, Defendant Continental Aerospace Technologies, Inc. ("Continental"), Relator GNGH2, and a relator in a related case have reached a settlement in this action (the "Continental Settlement Agreement"). Once Continental satisfies its payment obligation under the settlement agreement, the United States and the relator will file a joint stipulation of dismissal as to Continental pursuant to the Continental Settlement Agreement's terms.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part in this action, and to decline to intervene in part of this action. Specifically, the United States intervenes in this action as to Continental in order to effectuate the Continental Settlement Agreement. The United States declines to intervene with respect to the claims alleged against non-settling Defendants Aritex USA Inc., Shennan Circuits USA, Inc., FACC Solutions Inc., and LA Sky Harbor LLC.

At this time, the United States requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to the Relator's Complaint and this Notice of Election. The United States, however, moves this Court to maintain the seal on all other papers on file in this action because such papers detail the United States' processes for investigating the allegations made in Relator's complaint. Such filings by the United States were provided for the limited purpose of demonstrating to the Court that good cause existed to extend the seal and period during which the United States could notify the Court of its decision on intervention. The United States finally requests that the seal be lifted as to all other matters occurring in this action after the date of the Court's order lifting the seal and that the docket be unsealed on the Court's CM/ECF system and PACER.

A proposed order is submitted herewith.

Dated this 6th day of August, 2026.

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division

By: /s Michael A. Carter

MICHAEL A. CARTER
Assistant United States Attorney
Eastern District of Wisconsin
State Bar No. 1090041
517 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-4101
Fax: (414) 297-4394
Michael.A.Carter@usdoj.gov

JAMIE ANN YAVELBERG
ALLISON CENDALI
LINDSEY A. ROBERTS
U.S. Department of Justice
Commercial Litigation Branch

2

P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 616-2945
Email: lindsey.a.roberts@usdoj.gov

*Attorneys for the United States of America*